IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00970-MSK-CBS

TRUITT HART; and
LAUREN HART,

      Plaintiffs,

v.

UNDERWRITERS AT LLOYD'S OF LONDON,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) (**#22**) filed August 28, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiffs against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 29th day of August, 2014.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge